■ LESTER J. BESEN, Respondent, v. C. P. L. YACHT SALES, INC., Defendant, and PACEMAKER CORPORATION, Appellant.— In an action to rescind the sale of a boat and to recover damages, defendant Pacemaker Corporation appeals from an order of the Supreme Court, Westchester County, dated April 8, 1969, which granted respondent's motion for a pretrial examination of appellant's president. Order reversed, on the law and the facts, with $10 costs and disbursements, and motion denied. In an examination of a corporate party it is given initially to the corporation to decide the person by whom it will be examined (*Lonigro* v. *Baltimore & Ohio R. R. Co.*, 22 A D 2d 918). If the examining party concludes that the person produced has inadequate knowledge, he may move for the examination of a specific person having sufficient knowledge, but in that case the movant must prove to the court the inadequacy of the person first produced (*Arett Sales Corp.* v. *Island Garden Center of Queens*, 25 A D 2d 546; cf. *Amos Parrish & Co.* v. *Applestein*, 28 A D 2d 979). Hence, because plaintiff failed to allege specifically the nature of the inadequacy of the witness first produced by defendant Pacemaker Corporation, and the relationship of that inadequacy to plaintiff's causes of action, plaintiff's motion should have been denied. Christ, P. J., Hopkins, Brennan and Benjamin, JJ., concur. (Beldock, P. J., deceased.)

■ THEODORE COFFMAN et al., Appellants, v. B.T.O. DINER CORP. et al., Respondents. (Action No. 1.) In the Matter of the Arbitration between THEODORE COFFMAN, Appellant, and HARRY DIKTABAN et al., Respondents. (Action No. 2.) — Appeal from an order of the Supreme Court, Nassau County, dated November 24, 1969, which denied a motion by appellants for reargument of their prior motion to consolidate two arbitration proceedings and to appoint an arbitrator or arbitrators. Appeal dismissed, with $10 costs and disbursements. No appeal lies from an order denying reargument (*Matter of Foglia*, 32 A D 2d 836). We have nevertheless examined the merits and, were the appeal properly before us, we would affirm the order (*Kushlin* v. *Bialer*, 32 A D 2d 217, 218). Christ, P. J., Rabin, Hopkins, Munder and Brennan, JJ., concur.